# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,                                       Case No. 24-cv-10449
                                                         Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 99.161.179.96,

        Defendant.
_____/

## ORDER ON THE PARTIES' JOINT
## MOTION FOR A PROTECTIVE ORDER

THIS CAUSE came before the Court upon the Parties' Motion for a Protective Order, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: the Parties' Motion is granted. John Doe shall proceed under the pseudonym John Doe. If Plaintiff amends its Complaint to name Defendant, Plaintiff will file the Amended Complaint under seal with a redacted version on the public docket.

                                                                  s/Matthew F. Leitman
                                                                    MATTHEW F. LEITMAN
                                                                    UNITED STATES DISTRICT JUDGE

Dated: April 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 29, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
