UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                                    Case No. 24-cv-10449
                                                        Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 99.161.179.96,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2024, by electronic means and/or ordinary mail.

                                                            s/Holly A. Ryan
                                                            Case Manager
                                                            (313) 234-5126